UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ARLENE CAMPBELL,<br><br>  Plaintiff,<br><br>  v.<br><br>FULTON COUNTY SHERIFFS DEPARTMENT ARKANSAS,<br><br>  Defendant. | Case No. 25-cv-00526-LB<br><br>**ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF ARKANSAS**<br><br>Re: ECF No. 1 |

Arlene Campbell, who is representing herself, filed this civil-rights action on behalf of herself and her daughter, Jennifer Gschwind, challenging her daughter's wrongful arrest, including with excessive force, by deputy sheriffs, and the subsequent conditions of her daughter's confinement in county jail in Fulton County, Arkansas, which is in the Eastern District of Arkansas. All events took place there, and none occurred here. Venue is in the Eastern District of Arkansas. 28 U.S.C. § 1391(b). Pursuant to 28 U.S.C. § 1406(a), the court transfers the case to the United States District Court for the Eastern District of Arkansas.

**IT IS SO ORDERED.**

Dated: January 20, 2025

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 25-cv-00526-LB